# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D2025-1160
Lower Tribunal Nos. 1994-CF-003492-B-O and 1994-CF-010024-A-O

————————————————

KAREN NEWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Michael Kraynick, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Karen Newell, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED